UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,                    Case: 18-cr-20812
                                          Hon. Matthew F. Leitman

v.

D1, JAYSON ROSETT,
D2, ROBERT ROSETT,
D3, CAROL ALMERANTI, and
D4, KAREN MILLER,

       Defendants.
_____/

## STIPULATION TO ADJOURN DATES

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the United States of America and the Defendants, that the sentencing hearings set for Defendants JAYSON ROSETT, ROBERT ROSETT, CAROL ALMERANTI, and KAREN MILLER, on July 28, 2021, each be adjourned, and the sentencing hearings for Defendants JAYSON ROSETT, ROBERT ROSETT, CAROL ALMERANTI, and KAREN MILLER be set in January 2022, at times that are convenient for the court and all other dates be delayed.

Date: April 30, 2021

SO STIPULATED:

/s/ Mark McDonald
MARK MCDONALD (VA 72198)
DOJ Trial Attorney
601 D Street, NW – 7 h Floor
Washington, DC 20004
(202) 305-2672
mark.s.mcdonald@usdoj.gov

/s/ Douglas C. Abraham
Douglas C. Abraham, Esq. (MI P34654)
*Attorney for Def. Carol Almeranti*
19500 Victor Parkway, Suite 150
Livonia, Ml48152
(734) 591-3737
headesq@aol.com

/s/ Christopher A. Andreoff
Christopher A. Andreoff, Esq. (MI P10193)
*Attorney for Defendant Robert Rosett*
27777 Franklin Rd, Suite 2500
Southfield, Ml48034
(248) 351-3000
candreoff@jaffelaw.com

/s/ Maurice C. Davis
Maurice C. Davis, Esq. (MI P76203)
*Attorney for Defendant Karen Miller*
615 Griswold St., Suite 719
Detroit, Ml 48226
(248) 469-8501
davislawmaurice@gmail.com

/s/ Ben M. Gonek
Ben M. Gonek, Esq. (MI P43716)
*Attorney for Defendant Jayson Rosett*
500 Griswold St., Suite 2450
Detroit, Ml48226
ben@goneklaw.com
(313) 953-3377

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,        Case: 18-cr-20812
                                      Hon. Matthew F. Leitman

v.

D1, JAYSON ROSETT,
D2, ROBERT ROSETT,
D3, CAROL ALMERANTI, and
D4, KAREN MILLER,

        Defendants.
_____/

## ORDER TO ADJOURN DATES

Upon stipulation of the parties, and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED** that all dates for all defendants in this matter are adjourned and rescheduled as follows, the sentencing hearing for:

Defendant JAYSON ROSETT in this matter shall be held on January 27, 2022 at 10:00 a.m.;

Defendant ROBERT ROSETT in this matter shall be held on January 27, 2022, at11:00 a.m.;

Defendant CAROL ALMERANTI in this matter shall be held on January 27, 2022, at 1:30 p.m.; and

Defendant KAREN MILLER in this matter shall be held on January 27, 2022, at 2:30 p.m.;

Case 4:18-cr-20812-MFL-SDD   ECF No. 76, PageID.479   Filed 05/03/21   Page 4 of 4

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 3, 2021