UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                      Case No. 18-cr-20812-1
                                      Hon. Matthew F. Leitman

D1, JAYSON ROSETT,

    Defendant.

_____/

## ORDER TERMINATING MOTION FOR ACCOUNTING OF RESTITUTION PAID TO THE GOVERNMENT AND RELEASE OF GARNISHMENT (ECF No. 137)

On June 30, 2025, the Court held a status conference with counsel for the Government and Counsel for Defendant Jayson Rosett to discuss Defendant's Motion for Accounting of Restitution Paid to the Government and Release of Garnishment (ECF No. 137). During the conference, the parties agreed to enter a stipulation that will lead to the release of the garnishment. In light of that agreement, the motion is **TERMINATED**.

    **IT IS SO ORDERED.**

                                                      s/Matthew F. Leitman
                                                      MATTHEW F. LEITMAN
                                                      UNITED STATES DISTRICT JUDGE

Dated: July 7, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 7, 2025, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126