UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

-vs-

D1, JAYSON ROSETT,

    Defendant.

Case No: 18-cr-20812-1
Hon. Matthew F. Leitman

---

## ORDER DETERMINING RESTITUTION BALANCE AS OF JUNE 3, 2025

This matter having come before the Court upon the Stipulation of the parties, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the total restitution amount ordered in this case is $84,436.00, which is joint and several with co-defendants, Carol Almeranti and Karen Miller;

1. The total restitution amount ordered in this case is $84,436.00 which is joint and several with co-defendants, Carol Almeranti and Karen Miller;

2. As of June 30, 2025, a total of $82,494.18 has been paid toward restitution obligation and

3. Accordingly, the remaining restitution balance as of June 30, 2025, is $1,941.82.

**IT IS FURTHER STIPULATED** that the Government shall apply any further payments received from any defendant to the remaining restitution balance in accordance with the joint and several liability provisions of the Judgment.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 7, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 7, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126